## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOHN PFEIFFER,

    Plaintiff,

v.                                                                          Case No: 8:22-cv-1839-WFJ-JSS

NEXT SOLUTIONS, LLC,

    Defendant.

_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties'

submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d

1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion

for Court Approval of Settlement Agreement and to dismiss the case with

prejudice (Dkt. 14) is granted. The Court specifically approves the parties'

confidential settlement agreement, which this Court reviewed *in camera*. The case

is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 22, 2023.


                        s/*William F. Jung*_____
                        **WILLIAM F. JUNG**
                        **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record